JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. SEYMOUR and GABRIELA P. SEYMOUR,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSORS BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST, RANDALL D. NAIMAN, ESQ., FIRST AMERICAN TITLE COMPANY, WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, CALIFORNIA RECONVEYANCE COMPANY, FEDERAL DEPOSIT INSURANCE CORPORATION as receiver of WASHINGTON MUTUAL BANK, FA/ JPMORGAN CHASE BANK<br><br>Defendants. | Case No. EDCV 09-02054 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED

1  WITHOUT PREJUDICE.  The Court orders that such judgment
2  be entered.
3
4
5  Dated: <u>December 22, 2009</u>           _____
                                              VIRGINIA A. PHILLIPS
6                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28